UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GEORGE ALDRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15CV159 SNLJ |
| | ) | |
| IAN WALLACE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

The Court of Appeals has remanded this action for the assessment and collection of the appellate filing fee. Because plaintiff is a prisoner, the Court assess twenty percent of either his average monthly deposit or average balance, whichever is greater. See 28 U.S.C. § 1915(b). After reviewing plaintiff's financial information, the Court has determined that plaintiff must be assessed a partial initial filing fee of $1.70, which is twenty percent of his average monthly deposit.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must pay an initial filing fee of $1.70 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an appellate proceeding.

Dated this 18th day of March, 2016.

                                                                                   /s/ Stephen N. Limbaugh, Jr.
                                                                                   STEPHEN N. LIMBAUGH, JR.
                                                                                   UNITED STATES DISTRICT JUDGE